# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

| | |
|---|---|
| Kevin R. Vann and  Kelli D. Vann <br> *Plaintiffs* <br> v. | Civil Action No.      5:17-01013-JMC |
| Eastman Chemical Company, Mundy Maintenance <br> Service and Operations LLC <br> *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■  other: the Plaintiffs shall take nothing of the Defendants and this action is dismissed without prejudice pursuant to Rule 12(b)(1) of the FRCP.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted defendant Eastman's motion to dismiss and granted in part Mundy's motion for reconsideration of their motion to dismiss.

Date:   May 20, 2019                                             CLERK OF COURT


                                                    s/Angie Snipes
                                        _____
                                         *Signature of Clerk or Deputy Clerk*